UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE, DIVISION

| | |
|---|---|
| ANDREA JO DEBRULER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-00138-HAB-SLC ) ) |
| RACHELE LYNN HERRERA, FIDELITY INVESTMENTS, LLC, CIGNA (now purchased by New York Life Group Benefits Solution) and NATIONAL FINANCIAL SERVICES, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT, LIFE INSURANCE COMPANY OF NORTH AMERICA, INCORRECTLY SUED AS CIGNA (NOW PURCHASED BY NEW YORK LIFE GROUP BENEFITS SOLUTION) ONLY**

NOW COMES Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, incorrectly sued as CIGNA (now purchased by New York Life Group Benefits Solution), by and through its attorneys, HINSHAW & CULBERTSON LLP, and Plaintiff, ANDREA JO DEBRULER, by counsel Donald K. McClellan, and show the Court by this Joint Stipulation of Dismissal that the claim between Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, incorrectly sued as CIGNA (now purchased by New York Life Group Benefits Solution), and Plaintiff has been dismissed with prejudice.  The Parties stipulate and agree and now move the Court to dismiss the claim as to Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, incorrectly sued as CIGNA (now purchased by New York Life Group Benefits Solution), with prejudice.  Plaintiff ANDREA JO DEBRULER's claims against Defendants RACHELE LYNN HERRERA, NATIONAL FINANCIAL SERVICES, LLC, and FIDELITY INVESTMENTS, LLC shall remain pending.

Respectfully submitted,

s/ *Donald K. McClellan*  By:  s/ *Jennifer Kalas*
Donald K. McClellan (10045-18)         Jennifer Kalas (17396-64)
McCLELLAN & McCLELLAN                  HINSHAW & CULBERTSON LLP
400 N. High Street, Suite 200          322 Indianapolis Blvd., Suite 201
Muncie, Indiana 47305                  Schererville, IN  46375

1040434\308396846.v1